AO 187 (Rev. 7/87) Exhibit and Witness List

**U.S. DISTRICT COURT**
**DISTRICT OF VERMONT**
**FILED**
2013 JUN 17 PM 12: 45
CLERK
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

UNITED STATES OF AMERICA

V.

FRANK CARABALLO

## EXHIBIT AND WITNESS LIST

Case Number: 5:12-cr-105-01

| PRESIDING JUDGE<br>Christina Reiss | PLAINTIFF'S ATTORNEY<br>P. Van de Graaf & J. Perella, AUSA | DEFENDANT'S ATTORNEY<br>M. Kaplan, Esq. & N. Sen, Esq. |
|---|---|---|
| TRIAL DATE (S)<br>6/14/2013 | COURT REPORTER<br>Anne Henry | COURTROOM DEPUTY<br>Pamela Lane |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/14/2013 | x | x | Exigent Circumstances Request Form - Sprint Legal Compliance (7/29/11) - Bates 004249-50 |
| 2 | | 6/14/2013 | x | x | Sprint - General Terms and Conditions of Service (version 9/9/11) - Bates 004617-652 |
| 3 | | 6/14/2013 | x | x | Sprint Nextel Privacy Policy - 004597-600 |
| 4 | | 6/14/2013 | x | x | Sprint Corporate Security Subpoena Details 2011-228887 - Bates 004653-655 |
| 5 | | 6/14/2013 | x | x | Subscriber Information - Boost Prepaid Account - Bates 004656 |
| 6 | | 6/14/2013 | x | x | GPS Results for PTN 802-288-6558 (2011-228887) - Bates 004596 |
| 7 | | 6/14/2013 | x | x | Vermont Fusion Center Calls Database records - Bates 004501-505 |
| 8 | | 6/14/2013 | x | x | Google Map - Dummerston Case Track - Bates 004031 |
| 9 | | 6/14/2013 | x | x | Sprint Nextel Corporation - Call Records for PTN 8022886558 - WITHDRAWN |
| 11 | | 6/14/2013 | x | x | Sprint Nextel Corporation - Call Records for PTN 8022886558 |
| | | | | | **WITNESSES** |
| 1 | | 6/14/2013 | | | Richard Holden - VSP |
| 2 | | 6/14/2013 | | | Ryan Harger - Sprint |
| 3 | | 6/14/2013 | | | Cari Crick - VSP |
| 4 | | 6/14/2013 | | | Francis LaBombard - VSP |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages